**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHRISTOPHER M. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-472-M |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 7, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for supplemental security income payments under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. Plaintiff was advised of his right to object to the Report and Recommendation by December 24, 2009. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 7, 2009, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 6th day of January, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE